**Opinion issued October 6, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00155-CV

————————————

### CHARLES RONALD WADE, Appellant

### V.

### HARRIS COUNTY, HARRIS COUNTY DEPARTMENT OF EDUCATION, THE PORT OF HOUSTON AUTHORITY OF HARRIS COUNTY, THE HARRIS COUNTY FLOOD CONTROL DISTRICT, THE HARRIS COUNTY HOSPITAL DISTRICT, CITY OF HOUSTON, HOUSTON INDEPENDENT SCHOOL DISTRICT, AND HOUSTON COMMUNITY COLLEGE SYSTEM, Appellees

---

On Appeal from the 295th District Court
Harris County, Texas
Trial Court Case No. 2011-69056

---

# MEMORANDUM ORDER

This is an appeal from a final judgment signed August 1, 2014. On June 16, 2015, this Court issued an opinion, granting appellees' motion to dismiss and dismissing the appeal for lack of jurisdiction, finding that appellant, Charles Ronald Wade's notice of appeal was untimely filed. On July 8, 2015, Wade filed a motion for rehearing.

Exhibit 4 to Wade's amended response to our notice of intent to dismiss is Wade's notice of appeal filed in the trial court on July 26, 2014, stating Wade was appealing the judgment signed on July 16, 2014. Because the judgment was not signed until August 1, 2014, the notice of appeal was premature. A prematurely-filed notice of appeal is effective and is deemed filed on the day of, but after, the trial court signed its final judgment on August 1, 2014. *See* TEX. R. APP. P. 27.1(a).

Because we find that we have jurisdiction over this appeal, we withdraw our opinion and judgment of June 16, 2015, and order the appeal reinstated on the active docket. Wade's motion for rehearing is dismissed as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Brown.